*E-Filed 7/18/11*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CURRY, | No. C 11-02876 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| ANTHONY HEDGPETH, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner had not paid the filing fee or filed an IFP application. Petitioner also has failed to comply with a Court order to file a petition within 30 days. Accordingly, the action is DISMISSED without prejudice to petitioner (1) filing a petition for writ of habeas corpus, **and** (2) paying the filing fee or filing a properly completed IFP application. Petitioner's motion for an extension of time to prepare a petition (Docket No. 1) is DENIED. The Clerk shall terminate Docket No. 1, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: July 18, 2011

RICHARD SEEBORG
United States District Judge